IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Latham, Frederick

Printed: 4/8/08

Case Number: 07 B 18320
Judge: Wedoff, Eugene R
Filed: 10/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 21, 2008
Confirmed: January 31, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 205.00 |  |
| Secured: |  | 112.80 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 81.12 |
| Trustee Fee: |  | 11.08 |
| Other Funds: |  | 0.00 |
| Totals: | 205.00 | 205.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Select Legal - The First Choice | Administrative | 2,500.00 | 81.12 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 4. | Illinois Title Loans | Secured | 1,289.68 | 106.62 |
| 5. | Chase Bank | Secured | 123.37 | 6.18 |
| 6. | Capital One | Unsecured | 746.35 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 331.14 | 0.00 |
| 8. | Target National Bank | Unsecured | 289.60 | 0.00 |
| 9. | GMAC Auto Financing | Unsecured | 5,628.02 | 0.00 |
| 10. | Chase Bank | Unsecured | 1,513.39 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 1,043.79 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 1,429.77 | 0.00 |
| 13. | Capital One | Unsecured | 755.38 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 1,875.95 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 1,163.91 | 0.00 |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | 2,120.00 | 0.00 |
| 17. | Internal Revenue Service | Unsecured |  | No Claim Filed |
| 18. | Direct Tv | Unsecured |  | No Claim Filed |
| 19. | Cash Advance | Unsecured |  | No Claim Filed |
| 20. | Credit One Bank | Unsecured |  | No Claim Filed |
| 21. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 22. | Linebarger Goggan Blair & Simpson | Unsecured |  | No Claim Filed |
| 23. | Kimberly Latham | Unsecured |  | No Claim Filed |
| 24. | Omni Health Club | Unsecured |  | No Claim Filed |
| 25. | Nicor Gas | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Latham, Frederick | Case Number: 07 B 18320 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 4/8/08 | Filed: 10/5/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Village of Dolton | Unsecured | | No Claim Filed |
| 27. | GEMB | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 20,810.35 | $ 193.92 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 11.08 |
| | _____ |
| | $ 11.08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____